## LEE v. THE STATE.

(Decided April 20, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. J. E. BLACKWOOD.

GEORGE D. FINLEY, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed by appellant.

---

## McBRIDE v. THE STATE.

(Decided June 1, 1916.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## McGINNIS v. THE STATE.

(Decided April 6, 1916.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions, no error of record. Affirmed.

---

## MAHONING POTTERY CO. v. COX, ET AL.

(Decided May 30, 1916.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.